UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
                                                        :
                                                        :
JOHN T. METCALF, derivatively and on behalf             :
of Eagle Bulk Shipping Inc.,                            : ECF CASE
                                                        :
            Plaintiff,                                  : 11-cv-03996-AKH
                                                        :
    v.                                                  :
                                                        :
SOPHOCLES N. ZOULLAS, ALEXIS P.                         :
ZOULLAS, DOUGLAS P. HAENSEL, JON                        :
TOMASSON, JOSEPH M. CIANCIOLO,                          :
DAVID B. HILEY, THOMAS B. WINMILL,                      :
FORREST E. WYLIE, ALAN S. GINSBERG,                     :
                                                        :
            Defendants                                  :
                                                        :
and                                                     :
EAGLE BULK SHIPPING INC.,                               :
                                                        :
            Nominal Defendant
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for counsel for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg.  I certify that I am admitted to practice in this Court.

- 2 -

Dated: September 7, 2011

        Respectfully submitted,

        By: /s/ Michael G. Bongiorno
        Michael G. Bongiorno
        WILMER CUTLER PICKERING HALE
          AND DORR LLP
        399 Park Avenue
        New York, New York 10022
        Tel.: 212-230-8800
        Fax: 212-230-8888
        Email: michael.bongiorno@wilmerhale.com