UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
: 
: 
JOHN T. METCALF, derivatively and on behalf : 
of Eagle Bulk Shipping Inc., : ECF CASE
: 
Plaintiff, : 11-cv-03996-AKH
: 
v. : 
: 
SOPHOCLES N. ZOULLAS, ALEXIS P. : 
ZOULLAS, DOUGLAS P. HAENSEL, JON : 
TOMASSON, JOSEPH M. CIANCIOLO, : 
DAVID B. HILEY, THOMAS B. WINMILL, : 
FORREST E. WYLIE, ALAN S. GINSBERG, : 
: 
Defendants : 
: 
and : 
EAGLE BULK SHIPPING INC., : 
: 
Nominal Defendant
----------------------------------------------------------- X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for counsel for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg. I certify that I am admitted to practice in this Court.

Dated: September 7, 2011

                         Respectfully submitted,

                         By: /s/ Shauna K. Friedman
                         Shauna K. Friedman
                         WILMER CUTLER PICKERING HALE
                           AND DORR LLP
                         399 Park Avenue
                         New York, New York 10022
                         Tel.: 212-230-8800
                         Fax: 212-230-8888
                         Email: shauna.friedman@wilmerhale.com