UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------   X
                                  :

JOHN T. METCALF, derivatively and on behalf : 
of Eagle Bulk Shipping Inc.,             : ECF CASE
                                  :

                  Plaintiff,    : 11-cv-03996-AKH
                                  :

    v.                                  :
                                  :

SOPHOCLES N. ZOULLAS, ALEXIS P.    :
ZOULLAS, DOUGLAS P. HAENSEL, JON    :
TOMASSON, JOSEPH M. CIANCIOLO,    :
DAVID B. HILEY, THOMAS B. WINMILL,    :
FORREST E. WYLIE, ALAN S. GINSBERG,    :
                                  :

               Defendants,    :
                                  :

and                                  :
EAGLE BULK SHIPPING INC.,    :
                                  :

           Nominal Defendant :
---------------------------------------------------------   X

**DEFENDANTS' NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1(b) and

12(b)(6), upon the Memorandum of Law in Support, and the accompanying Declaration and

Associated Exhibits, and upon all prior proceedings and papers filed herein, nominal defendant

Eagle Bulk Shipping Inc. and defendants Sophocles Zoullas, Alexis Zoullas, Douglas Haensel,

Jon Tomasson, Joseph Cianciolo, David Hiley, Thomas Winmill, Forrest Wylie, and Alan

Ginsberg, by their undersigned counsel, will move this Court before the Honorable Alvin K.

Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

Courtroom 14D, New York, New York, at a time and date convenient for the Court, for an order

(1) dismissing with prejudice Count I for failure to state a claim upon which relief can be

granted; and (2) dismissing with prejudice Counts II-IV for failure to plead futility of demand

with particularity and (3) granting such other relief as this Court may deem just and proper.

Dated: September 7, 2011

Respectfully submitted,

WILMER CUTLER PICKERING HALE
   AND DORR LLP

By: /s/ Michael G. Bongiorno
Michael G. Bongiorno
Shauna K. Friedman
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888

SEWARD & KISSEL LLP
Bruce G. Paulsen
Jeffrey M. Dine
One Battery Park Plaza
New York, New York 10004
Tel.: 212-574-1200
Fax: 212-480-8421

*Attorneys for Nominal Defendant Eagle
Bulk Shipping Inc. and Defendants
Sophocles N. Zoullas, Alexis P. Zoullas,
Douglas P. Haensel, Jon Tomasson, Joseph
M. Cianciolo, David B. Hiley, Thomas B.
Winmill, Forrest E. Wylie, and Alan S.
Ginsberg*