UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
:
:
JOHN T. METCALF, derivatively and on behalf : 
of Eagle Bulk Shipping Inc., : ECF CASE
:
Plaintiff, : 11-cv-03996-AKH
:
v. :
:
SOPHOCLES N. ZOULLAS, ALEXIS P. :
ZOULLAS, DOUGLAS P. HAENSEL, JON :
TOMASSON, JOSEPH M. CIANCIOLO, :
DAVID B. HILEY, THOMAS B. WINMILL, :
FORREST E. WYLIE, ALAN S. GINSBERG, :
:
Defendants :
:
and :
EAGLE BULK SHIPPING INC., :
:
Nominal Defendant
---------------------------------------------------------- X

## TABLE OF CONTENTS PURSUANT TO JUDGE HELLERSTEIN'S INDIVIDUAL RULE 2.B

Pursuant to Rule 2.B of the Individual Rules of the Honorable Alvin K. Hellerstein, Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg submit this table of contents of the declaration and associated exhibits submitted in support of their Motion to Dismiss.

### Table of Contents

September 7, 2011 Declaration of Michael G. Bongiorno

1.      Exhibit A:  Shareholder Derivative Complaint

2. Exhibit B: Excerpt of Eagle Bulk Shipping Inc.'s Proxy Statement Pursuant to 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on April 7, 2011

3. Exhibit C: Excerpt of Eagle Bulk Shipping Inc.'s Proxy Statement Pursuant to 14(a) of the Securities Exchange Act of 1934 (Form DEF 14A), filed with the SEC on April 4, 2011

4. Exhibit D: Eagle Bulk Shipping Inc.'s Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 8-K), filed with the SEC on June 20, 2011

5. Exhibit E: Slip opinion issued by the High Court of the Marshall Islands in *Rosenquist v. Economou*, Civil Action No. 2009-056, (High Ct. Marshall Islands Feb. 19, 2010)

Dated: September 7, 2011

Respectfully submitted,

WILMER CUTLER PICKERING HALE
    AND DORR LLP

By: /s/ Michael G. Bongiorno
Michael G. Bongiorno
Shauna K. Friedman
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888

SEWARD & KISSEL LLP
Bruce G. Paulsen
Jeffrey M. Dine
One Battery Park Plaza
New York, New York 10004
Tel.: 212-574-1200
Fax: 212-480-8421

*Attorneys for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg*