UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
:
JOHN T. METCALF, derivatively and on behalf  :
of Eagle Bulk Shipping Inc.,                 : ECF CASE
:
                  Plaintiff,  : 11-cv-03996-AKH
:
    v.   :
:
SOPHOCLES N. ZOULLAS, ALEXIS P.   :
ZOULLAS, DOUGLAS P. HAENSEL, JON  :
TOMASSON, JOSEPH M. CIANCIOLO,    :
DAVID B. HILEY, THOMAS B. WINMILL,:
FORREST E. WYLIE, ALAN S. GINSBERG, :
:
                  Defendants, :
:
and  :
EAGLE BULK SHIPPING INC.,   :
:
                Nominal Defendant :
---------------------------------------------------------- X

## NOMINAL DEFENDANT EAGLE BULK SHIPPING INC.'S RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), nominal defendant Eagle Bulk Shipping Inc. ("Eagle") discloses the following:

1.     Eagle is incorporated under the laws of the Republic of the Marshall Islands and its stock is listed on NASDAQ.

2.     Eagle has no parent corporation.

3.     No publically held corporation owns more than 10% of Eagle's stock.

Dated: September 7, 2011

Respectfully submitted,

WILMER CUTLER PICKERING HALE
   AND DORR LLP

By: /s/ Michael G. Bongiorno
Michael G. Bongiorno
Shauna K. Friedman
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888


SEWARD & KISSEL LLP
Bruce G. Paulsen
Jeffrey M. Dine
One Battery Park Plaza
New York, New York 10004
Tel.: 212-574-1200
Fax: 212-480-8421

*Attorneys for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg*