UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, derivatively on behalf of Eagle Bulk Shipping Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, Alan S. Ginsberg, <br><br> Defendants, <br><br> and <br><br> Eagle Bulk Shipping Inc., <br><br> Nominal Defendant. | Civil Action No. 1:11-CV-03996-AKH <br><br> NOTICE OF APPEARANCE |

To:   The Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg. I certify that I am admitted to practice in this court.

Dated: September 12, 2011

SEWARD & KISSEL LLP

By: _____
Bruce G. Paulsen (BP 7563)
One Battery Park Plaza
New York, New York 10004
(212) 574-1533 (Telephone)
(212) 480-8421 (Facsimile)
paulsen@sewkis.com

SK 25083 0002 1212471