

September 15, 2011

By Fax

**WILMERHALE**

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street, Room 14D
New York, NY 10007-1312

Re: *Metcalf v. Zoullas et al.*, 1:11-cv-03996-AKH

Dear Judge Hellerstein:

We represent Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg (collectively, "Defendants") in the above-referenced matter.

We write to request an adjournment of the Case Management Conference scheduled for September 27, 2011. Due to scheduling conflicts, counsel for Defendants are unable to attend a conference on that date and respectfully request that the conference be rescheduled for October 24, 25, or 28, or a date thereafter that is convenient for the Court. We have conferred with counsel for Plaintiff John Metcalf and Plaintiff's counsel has consented to this request.

No previous request for an adjournment of the Case Management Conference has been made.

Respectfully submitted,

/s/ Michael G. Bongiorno

Michael G. Bongiorno

cc: All counsel of record

*Handwritten endorsement:* Adjourned to Oct. 28, 2011, 10:00 a.m. 9/16/11 /s/ A.K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington