# CHITWOOD
# HARLEY
# HARNES LLP

2300 Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309
404.873.3900

1350 Broadway
Suite 908
New York, New York 10018
917.595.4600

www.chitwoodlaw.com
Fax 404.876.4476

Carol Shahmoon
917-595-4600
cshahmoon@chitwoodlaw.com
Admitted in NY

September 28, 2011

The Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312



*Via Facsimile*

RE:　*Metcalf v. Zoullas et al.*, Case No. 1:11-cv-03996-AKH

Dear Judge Hellerstein:

We represent Plaintiff John T. Metcalf in the above-referenced matter. We write, after consultation with Defendants, to request a modification of the briefing schedule to accommodate unanticipated burdens on counsel's schedule at the end of September.

1. Plaintiff requests a one-week extension to respond to Defendants' motion to dismiss from the stipulated date of October 5, 2011 to October 12, 2011. This request necessitates an extension for Defendants' reply. Plaintiff suggests that Defendants be similarly granted an additional week for their reply, which would extend the due date from October 19, 2011 to November 2, 2011.

2. On July 14, 2011, this Court ordered the current stipulated briefing schedule. Apart from the request to approve the stipulated schedule, there have been no other requests for adjournment or extension of the briefing schedule.

3. Defendant consents to these proposed modifications to the briefing schedule, provided that the Court also extends the Case Management Conference, which has already been adjourned once at Defendants' request from September 27 to October 28, 2011. Plaintiff is prepared to proceed with the conference as currently scheduled, but does not oppose Defendants' request to extend the date for the conference in connection with Plaintiff's request to extend the briefing schedule.

Respectfully submitted,

Carol S. Shahmoon

CS/las
cc:　Michael G. Bongiorno (via e-mail)
　　　Jeffrey M. Dine (via e-mail)
　　　Bruce G. Paulsen (via e-mail)
　　　Shauna K. Friedman (via e-mail)

[Handwritten margin note: The briefing schedule is adjourned as requested. The conf will be held on 11/3/11 at the time of the motion to dismiss. /s/ AKH]

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/3/11]