UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :   ECF Case
John T. Metcalf,                                       :
                                                       :   11-cv-03996 (AKH)
                         Plaintiff,                    :
                                                       :
              v.                                       :
                                                       :
Sophocles N. Zoullas, et al.,                          :
                                                       :
                         Defendants.                   :
                                                       :
-------------------------------------------------------x
```

## TABLE OF CONTENTS PURSUANT TO
## JUDGE HELLERSTEIN'S INDIVIDUAL RULE 2.B REGARDING
## <u>PLAINTIFF'S UNOPPOSED MOTION TO JOIN PARTY PLAINTIFFS</u>

Pursuant to Rule 2.B of the Individual Rules of the Honorable Alvin K. Hellerstein, Plaintiff submits this table of contents of the Declaration of Carol S. Shahmoon and associated exhibits submitted in support of Plaintiff's Unopposed Motion To Join Party Plaintiffs.

<u>Table of Contents</u>

October 5, 2011 Declaration of Carol S. Shahmoon

1. Exhibit A:  Modified Complaint reflecting joinder of additional party plaintiffs.

2. Exhibit B:  Black-lined copy of the Modified Complaint as compared to the Complaint filed on June 13, 2011.

3. Exhibit C:  Shareholder verification of the Modified Complaint submitted on behalf of Manny Doppelt.

4. Exhibit D:  Shareholder verification of the Modified Complaint submitted on behalf of Lawrence Doppelt.

Dated: October 5, 2011.

        Respectfully submitted,

        **CHITWOOD HARLEY HARNES LLP**

    By: s/ Carol S. Shahmoon
        Carol S. Shahmoon, CS-8607
        cshahmoon@chitwoodlaw.com
        Gregory E. Keller, GK-4562
        gkeller@chitwoodlaw.com
        1350 Broadway, Suite 908
        New York, NY 10018
        Tel: (516) 773-6090

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Table Of Contents Pursuant To Judge Hellerstein's Individual Rule 2.B Regarding Plaintiff's Unopposed Motion To Join Party Plaintiffs** was filed this 5th day of October, 2011, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

 s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel: (917) 595-4600