ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/11

TO: ~~PLEASE SEE ATTACHED FAX COVER~~ Parties Concerned

FROM: Brigitte Jones, Courtroom Deputy          Date: 10/24/11
by Order of Judge Alvin K. Hellerstein

Re: John T. Melcalf v. Sophocles N. Zoullas, et al. - 11 Civ. 3996(AKH)

You are hereby notified that you are required to appear for an oral argument.

> Date: 11/21/11
> Time: 11:00 a.m.

> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered

*/s/ Alvin K. Hellerstein*
10-24-11