# TABLE OF CONTENTS

# MARSHALL ISLANDS REVISED CODE

## 2004 EDITION

### TABLE OF CONTENTS



a. Foreword
b. Introduction
c. Preface to the 2003 Revision of the Code
d. Constitution of the Republic of the Marshall Islands
e. Rules of Procedures of the Nitijela

## VOLUME 1.

### TITLE 1 - GENERAL PROVISIONS

Chapters: | Page Number
1. Revision of Laws.................................................................................. 1
2. Adoption and Revision of Laws........................................................... 11
3. Marshall Islands Flag........................................................................... 13
4. General Rules of Construction............................................................. 19
5. Rules of Construction of Statute Re: Cabinet and PSC....................... 21
6. Interpretation of the Term "Republic"................................................. 27
7. Interpretation of the Appropriations Provisions of the Constitution... 29
8. Domicile................................................................................................ 31
9. Public Holidays..................................................................................... 33
10. Marshall Islands Seal........................................................................... 37

### TITLE 2 - ELECTIONS AND REFERENDA

Chapters:
1. Elections and Referenda...................................................................... 39
2. Election Offenses................................................................................. 75

### TITLE 3 - CENTRAL GOVERNMENT

Chapter:
1. Special Consultant to the President..................................................... 81
2. Council of Iroij.................................................................................... 83
3. Legislative Procedure ......................................................................... 85
4. Compensation of Nitijela Members ................................................... 89
5. *Reserved* ............................................................................................ 92
6. *Reserved* ............................................................................................ 92
7. Investment of Public Funds ................................................................ 93
8. Auditor-General- Qualifications and Compensation ......................... 95
9. Auditor General-Duties, Powers and Functions ................................ 97
10. Government Liability ......................................................................... 107
11. Government Indebtedness .................................................................. 113
12. Government Fees................................................................................. 115
13. Republic Resident Representative ..................................................... 117
14. Diplomatic Privileges and Immunities ............................................... 119

# TABLE OF CONTENTS

|  |  |  |
|---|---|---|
| 15. | Consular Functions | 137 |
| 16. | *Reserved* | 141 |
| 17. | Ethics in Government | 143 |
| 18. | Nitijela Members Gratuity Benefits | 149 |

### TITLE 4 - LOCAL GOVERNMENT AFFAIRS

Chapters:

|  |  |  |
|---|---|---|
| 1. | Local Governments | 151 |
| 2. | Local Government Taxes and Fees | 169 |
| 3. | Copra Tax | 173 |

### TITLE 5 - PUBLIC OFFICERS AND AGENCIES

Chapters:

|  |  |  |
|---|---|---|
| 1. | Public Service Commission | 175 |
| 2. | Public Service Commission Compensation | 177 |
| 3. | Public Defender | 179 |
| 4. | Legislative Counsel | 181 |
| 5. | Public Safety | 185 |
| 6. | Office of the Attorney-General | 203 |
| 7. | Health and Environment Personnel Management | 205 |
| 8. | Legal Aid Office | 207 |

### TITLE 6 - PUBLIC PROCEEDINGS AND RECORDS

Chapters:

|  |  |  |
|---|---|---|
| 1. | Administrative Procedures Act | 209 |
| 2. | Government Gazette | 217 |
| 3. | Commissions of Inquiry | 221 |

### TITLE 7 - PUBLIC HEALTH SAFETY AND WELFARE

Chapters:

|  |  |  |
|---|---|---|
| 1. | Public Health and Sanitation | 227 |
| 2. | Marshall Islands Health Fund | 235 |
| 3. | Health Care Revenue Fund | 257 |
| 4. | Immunization | 261 |
| 5. | Rehabilitation | 263 |
| 6. | Motorcycles and School Bus Safety | 265 |
| 7. | Fire Control | 267 |
| 8. | Prohibition of Smoking | 269 |
| 9. | Narcotics Drugs | 271 |
| 10. | Disaster Assistance | 277 |
| 11. | Emergencies | 283 |
| 12. | Firearms Control | 285 |
| 13. | Weapons control | 289 |
| 14. | Fireworks (Prohibition) | 301 |
| 15. | Communicable Diseases Prevention and Control | 303 |
| 16. | Registration of Persons | 307 |

### TITLE 8 - QUARANTINE & PROTECTION OF ENDANGERED SPECIES

Chapters:

|  |  |  |
|---|---|---|
| 1. | Quarantine Restrictions | 313 |
| 2. | Export Meat Inspection | 317 |
| 3. | Endangered Species | 333 |

# TABLE OF CONTENTS

### TITLE 9 - PUBLIC LANDS AND RESOURCES

Chapters:
| | | |
|---|---|---:|
| 1. | Public Lands | 337 |
| 2. | Land Acquisition | 339 |

### TITLE 10 - PLANNING AND ECONOMIC DEVELOPMENT

Chapters:
| | | |
|---|---|---:|
| 1. | Economic Policy, Planning and Statistics Office | 351 |
| 2. | Planning and Zoning | 355 |
| 3. | Industries Development | 365 |
| 4. | Youth Advisory Board | 373 |
| 5. | Foreign Investment Business License | 375 |
| 6. | Marshall Islands Development Authority | 381 |
| 7 | Kwajalein Atoll Development Authority | 391 |
| 8. | Marshall Islands Development Bank | 399 |
| 9. | Census | 407 |
| 10. | Statistics | 411 |
| 11. | Retail Price Monitoring | 419 |
| 12. | Investment Incentive Agreement Act | 427 |
| 13. | Tobolar Copra Processing Authority | 429 |
| 14. | Marshall Islands Visitors Authority | 435 |
| 15. | Jaluit Atoll Economic Development Authority | 445 |
| 16. | Wotje Atoll Development Authority | 455 |

### TITLE 11 - FINANCE

Chapters:
| | | |
|---|---|---:|
| 1. | Financial Management | 465 |
| 2. | Government Maintenance Fund | 489 |
| 3. | International Monetary Fund | 491 |
| 4. | Roads Trust Fund | 493 |
| 5. | Public Works Fund | 499 |
| 6. | Transportation Services Fund | 501 |
| 7. | Ministry of Internal Affairs Special Revenue Fund | 505 |
| 8. | Ministry of Justice Special Revenue Fund | 509 |
| 9. | Over-Expenditure | 511 |
| 10. | Government Borrowing | 513 |
| 11. | Financial Year | 517 |
| 12. | General Fiscal Matters | 519 |
| 13. | Kwajalein Atoll Trust Fund | 523 |
| 14. | Agriculture Supplies Account | 525 |
| 15. | Outer-Island Boat Building Fund | 527 |
| 16. | Marshall Islands Inter-Generational Trust Fund | 529 |
| 17. | Alternative Energy Fund | 543 |

### TITLE 12 - CIVIL AVIATION

Chapters:
| | | |
|---|---|---:|
| 1. | Civil Aviation Safety Act | 545 |
| 2. | Administration of Airports and Navigational Facilities | 565 |

### TITLE 13 - MOTOR VEHICLES

Chapters:
| | | |
|---|---|---:|
| 1. | Motor Traffic | 569 |

# TABLE OF CONTENTS

| | | |
|---|---|---:|
| 2. | Right Hand Drive Vehicles | 589 |
| 3. | Driving Under the Influence | 591 |
| 4. | Heavy Equipment Vehicles | 597 |

### TITLE 14 - EDUCATION

Chapters:

| | | |
|---|---|---:|
| 1. | Scholarship Assistance Act | 599 |
| 2. | College of the Marshall Islands | 605 |
| 3. | Education Act | 617 |
| 4. | CMI Endowment Fund | 635 |

### TITLE 15 - ANTI- TERRORISM LAWS

Chapters:

| | | |
|---|---|---:|
| 1. | Counter-Terrorism | 637 |

### TITLE 16 - LABOR AND INDUSTRIAL RELATIONS

Chapters:

| | | |
|---|---|---:|
| 1. | Protection of Resident Workers | 657 |
| 2. | Non-Resident Workers | 669 |
| 3. | Non-Resident Workers Health Certificate | 673 |
| 4. | Minimum Wages | 677 |
| 5. | Labor (Minimum Conditions) Inquiry | 679 |

### TITLE 17 - BANKS AND FINANCIAL INSTITUTIONS

Chapters:

| | | |
|---|---|---:|
| 1. | Banking | 683 |

### TITLE 18 - SECURITIES; COOPERATIVES, AND NON-PROFIT CORPORATIONS

Chapters:

| | | |
|---|---|---:|
| 1. | Securities and Investment | 719 |
| 2. | Cooperative Associations | 723 |
| 3. | Non-Profit Corporations | 739 |

### TITLE 19 - REGULATION OF PROFESSIONS AND OCCUPATIONS

Chapters:

| | | |
|---|---|---:|
| 1. | Licensing of Health Care Providers | 741 |
| 2. | Nursing Practice | 747 |
| 3. | Land Surveyors | 761 |
| 4. | Notaries Public | 773 |
| 5. | Legal Profession | 777 |

### TITLE 20 - BUSINESS REGULATION AND PRACTICE

Chapters:

| | | |
|---|---|---:|
| 1. | Licensing of Copra Trade | 783 |
| 2. | Unauthorized copies of Recorded Material | 785 |
| 3. | Unfair business practice | 789 |
| 4. | Consumer Protection | 793 |
| 5. | *Reserved* | 801 |
| 6. | Bulletin Boards and Price Lists | 803 |
| 7. | Usury | 805 |

# TABLE OF CONTENTS

### TITLE 21 - INTOXICATING LIQUOR

Chapters:
| | | |
|---|---|---|
| 1. | Alcoholic Beverages | 807 |
| 2. | Alcohol Restrictions | 817 |

### TITLE 22 - ADMINISTRATION OF RMI PORTS

Chapters:
| | | |
|---|---|---|
| 1. | RMI Ports Authority | 819 |

### TITLE 23 - LAW OF SALES

Chapters:
| | | |
|---|---|---|
| 1. | Sale of Goods. | 837 |

### TITLE 24 - PROPERTY

Chapters:
| | | |
|---|---|---|
| 1. | Real and Personal Property | 855 |
| 2. | Real Property Trust Instruments | 863 |
| 3. | Real Property Mortgage | 869 |
| 4. | Land Registration Authority | 881 |

# VOLUME II

### TITLE 25 - PROBATE AND GUARDIANSHIP

Chapters:
| | | |
|---|---|---|
| 1. | Probate Law and Procedure | 897 |
| 2. | Guardianship | 903 |

### TITLE 26 - FAMILY

Chapters:
| | | |
|---|---|---|
| 1. | Domestic Relations | 907 |
| 2. | Sale of Tobacco to Minors | 913 |
| 3. | Juvenile Delinquency | 915 |
| 4. | Births, Deaths and Marriage Registration | 919 |
| 5. | Child Abuse and Neglect | 931 |
| 6. | Uniform Reciprocal Enforcement of Support | 935 |
| 7. | Adult Films | 945 |
| 8. | Adoptions | 947 |

### TITLE 27 - THE COURTS AND COURT OFFICERS

Chapters:
| | | |
|---|---|---|
| 1. | The Judiciary Fund | 957 |
| 2. | The Judiciary | 961 |
| 3. | Traditional Rights Court | 983 |
| 4. | Compensation of Judges | 987 |
| 5. | Jury Trial | 989 |
| 6. | Admiralty Jurisdiction | 993 |
| 7. | Ebeye Justice Act | 999 |

### TITLE 28 - EVIDENCE

# TABLE OF CONTENTS

Chapters:
1. The Evidence Act.................................................................................. 1001
2. Foreign Evidence................................................................................. 1029

## TITLE 29 - CIVIL PROCEDURES

Chapters:
1. Civil Procedures Act............................................................................ 1033

## TITLE 30 - CIVIL REMEDIES AND SPECIAL PROCEEDINGS

Chapters:
1. Enforcement of Judgements................................................................ 1047
2. Special Proceedings............................................................................ 1053
3. Arbitration........................................................................................... 1057
4. Uniform Foreign Money Judgement Recognition............................. 1065
5. Disposition of Unclaimed Business Interests..................................... 1069

## TITLE 31 - CRIMES AND PUNISHMENTS

Chapters:
1. Criminal Code..................................................................................... 1079
2. Proceeds of Crimes ............................................................................ 1117
3. Treason and Sedition........................................................................... 1145
4. Gaming and Recreation Prohibition................................................... 1149
5. Anti-Prostitution ................................................................................. 1151

## TITLE 32 - CRIMINAL PROCEDURE

Chapters:
1. Criminal Procedures Act..................................................................... 1155
2. Criminal Extradition........................................................................... 1161
3. Parole of Prisoners Board................................................................... 1169
4. Mutual Assistance in Criminal Matters.............................................. 1173

## TITLE 33 - MARINE ZONES AND PROTECTION OF MAMMALS

Chapters:
1. Marine Zones...................................................................................... 1185
2. Marine Mammal Protection................................................................ 1191
3. Tuna and Game-fish Conservation Zone............................................ 1195

## TITLE 34 - ADMIRALTY AND MARITIME AFFAIRS

Chapters:
1. Regulation and Control of Shipping................................................... 1197
2. Seamen's Protection Act..................................................................... 1203
3. Seaport Charges.................................................................................. 1213

## TITLE 35 - ENVIRONMENT

Chapters:
1. Environmental Protection Authority.................................................. 1215
2. Littering.............................................................................................. 1237
3. Coast Conservation Act...................................................................... 1239
4. Office of Environmental Planning and Policy Coordination............. 1251

# TABLE OF CONTENTS

**TITLE 36 - HOUSING**
  *Reserved*.................................................................................... 1255

**TITLE 37 - LEGAL AID**
  *Reserved* ................................................................................... 1261

**TITLE 38 - POSTAL SERVICE**
Chapters:
  1. Marshall Islands Postal Service................................................................ 1267
  2. Postal Service Fund.................................................................................. 1281

**TITLE 39 - CUSTOMS AND TRADITIONS**
Chapters:
  1. Customary Law and Language Commission............................................ 1283
  2. Customary Law (Restoration)................................................................. 1287
  3. Customary Law (Enewetak and Ujelang)................................................ 1289
  4. Customary Law (Railik Chain)................................................................ 1291
  5. Customary Law Commission.................................................................. 1293
  6. Customary Law Declaration.................................................................... 1295
  7. Customary Law (Bikini Atoll)................................................................. 1301

**TITLE 40 - COMMUNICATIONS**
Chapters:
  1. National Telecommunications Authority................................................. 1303
  2. Political Broadcast Access....................................................................... 1311
  3. Radio Communications............................................................................ 1313

**TITLE 41 - COMPACT OF FREE ASSOCIATIONS**
Chapters:
  1. Compact of Free Association, As Amended (Implementation) Act......... 1319
  2. Civil Action Team Agreement (Implementation) Act.............................. 1351
  3. Exchange of Information (Confidentiality) Act....................................... 1353
  4. Tax Information Exchange Agreement (Implementation) Act................ 1355

**TITLE 42 - NUCLEAR CLAIMS**
Chapters:
  1. Nuclear Claims Tribunal.......................................................................... 1361

**TITLE 43 - CITIZENSHIP, IMMIGRATION AND EMIGRATION**
Chapters:
  1. Immigration and Emigration.................................................................... 1389
  2. Ports of Entry........................................................................................... 1413
  3. International Organization Immunities.................................................... 1417
  4. Registration and Naturalization............................................................... 1421

## TABLE OF CONTENTS

|   |   |   |   |
|---|---|---|---|
|   | 5. | Prohibition of Political Activities by Aliens | 1427 |

### TITLE 44 - GOVERNMENT PROCUREMENT

Chapters:
1. Procurement Code .......................................................................................... 1429

### TITLE 45 - HISTORIC AND CULTURAL PRESERVATION

Chapters:
1. National Archives .......................................................................................... 1467
2. Historic Preservation Office ........................................................................ 1475

### TITLE 46 - CHURCHES

Chapters:
1. Council of Churches ..................................................................................... 1493
2. Nitijela Chapel .............................................................................................. 1497
3.

### TITLE 47 - MARITIME

Chapters:
1. Maritime Administration .............................................................................. 1499
2. Documentation and Identification of Vessels .............................................. 1507
3. Preferred Ship Mortgages and Liens ............................................................ 1525
4. Carriage by Sea ............................................................................................. 1535
5. Limitation of Liability for Maritime Claims ............................................... 1549
6. Civil Liability for Oil Pollution Damage ..................................................... 1555
7. Investigation - Wreck and Salvage ............................................................... 1557
8. Merchant Seamen .......................................................................................... 1561
9. Domestic Water craft Act ............................................................................. 1579

### TITLE 48 - TAXATION

Chapters:
1. Income Tax .................................................................................................... 1585
2. Import Duties ................................................................................................ 1609
3. Tax Collection ............................................................................................... 1625

### TITLE 49 - SOCIAL SECURITY

Chapters:
1. Social Security .............................................................................................. 1627

### TITLE 50 - TRUSTS

Chapters:
1. Trust Act ........................................................................................................ 1655
2. Trust Companies ........................................................................................... 1681
3. Trustee Licensing .......................................................................................... 1695

### TITLE 51 - MANAGEMENT OF MARINE RESOURCES

Chapters:
1. MIMRA Act ................................................................................................... 1699
2. Fisheries ........................................................................................................ 1711
3. Management and Development of Local Fisheries .................................... 1723
4. Fishing Access and Licensing ...................................................................... 1729

# TABLE OF CONTENTS

|  |  |  |  |
|---|---|---|---|
|  | 5. | Fisheries Enforcement | 1743 |

## TITLE 52 - ASSOCIATIONS LAW

Parts

| | | | |
|---|---|---|---|
| | I. | Business Corporations Act | 1763 |
| | II. | Revised Partnership Act | 1845 |
| | III. | Limited Partnerships | 1891 |
| | IV. | Limited Liability Companies | 1943 |
| | V. | Other Forms of Associations | 1991 |

## APPENDIX

A.   Popular Names Table

# TITLE 52.

# ASSOCIATIONS LAW

## PART I.

### BUSINESS CORPORATIONS ACT

ARRANGEMENT OF SECTIONS
**Section**
**DIVISION 1: GENERAL PROVISIONS**
§1. Short title.
§2. Definitions.
§3. Application of Business Corporations Act.
§4. Registrars of Corporations; establishment and duties.
§5. Form of instruments; filing.
§6. Certificates or certified copies as evidence (non-resident entities).
§7. Approval of corporation charters (resident domestic and authorized foreign corporations).
§8. Fees on filing articles of incorporation and other documents.
§9. Annual registration fee.
§10. Waiver of notice.
§10A. Immunity from liability and suit.
§11. Notice to shareholders of hearer shares.
§12. Exemptions for non-resident entities.
§13. Construction; adoption of United States corporation law.

**DIVISION 2: CORPORATE PURPOSES AND POWERS**
§14. Purposes.
§15. General powers.
§16. Guarantee authorized by shareholders.
§17. Defense of ultra vires.
§18. Effect of incorporation; corporation as proper party to action.
§19. Liability of directors, officers and shareholders.

**DIVISION 3: SERVICE OF PROCESS; REGISTERED AGENT**
§20. Registered agent for service of process.
§21. Attorney-General as agent for service of process.
§22. Service of process on foreign corporations not authorized to do business.
**Section**
§23. Records and certificates of Attorney-General.
§24. Limitation on effect of division.

**DIVISION 4: FORMATION OF CORPORATIONS; CORPORATE NAMES.**
§25. Incorporators.
§26. Corporate name.
§27. Index of names of corporations.
§28. Contents of articles of incorporation.
§29. Powers and rights of bondholders.
§30. Execution and filing of articles of incorporation.
§31. Effect of filing articles of incorporation.
§32. Organization meeting.
§33. Bylaws.
§34. Emergency bylaws and other powers in emergency.

**DIVISION 5: CORPORATE FINANCE**
§35. Classes and series of shares.
§36. Restrictions on transfer of shares.
§37. Subscriptions for shares.
§38. Consideration for shares.
§39. Payment for shares.
§40. Compensation for formation, reorganization and financing.
§41. Determination of stated capital.
§42. Form and content of certificates.
§43. Dividends in cash, stock, or other property.
§44. Share dividends.
§45. Purchase or redemption by corporation of its own shares.

§46. Reacquired shares.
§47. Reduction of stated capital by action of the board.

**DIVISION 6: DIRECTORS AND MANAGEMENT**
§48. Management of business of corporation.
§49. Qualifications of directors.
§50. Number of directors.
§51. Election and term of directors.
§52. Classes of directors.
§53. Newly created directorships and vacancies.
§54. Removal of directors.
§55. Quorum; action by the board.
§56. Meetings of the board.
§57. Executive and other committees.
§58. Director conflicts of interest.
§59. Loans to employees and officers; guaranty of obligations of employees and officers.
§60. Indemnification of directors and officers.
§61. Standard of care to be observed by directors and officers.
§62. Officers.
§63. Removal of officers.

**DIVISION 7: SHAREHOLDERS**
§64. Meeting of shareholders.
§65. Notice of Meeting of shareholders.
§66. Waiver of Notice.
§67. Action by shareholders without a meeting.
§68. Fixing record date.
§69. Proxies.
§70. Quorum of shareholders.
§71. Vote of shareholders required.
§72. Greater requirement as to quorum and vote of shareholders.
§73. List of shareholders at meetings.
§74. Qualification of voters.
§75. Voting trusts.
§76. Agreements among shareholders as to voting.
§77. Conduct of shareholders' meetings.
§78. Preemptive rights.
§79. Shareholders' derivative actions.

**DIVISION 8: CORPORATE RECORDS AND REPORTS**
§80. Requirement for keeping books of account, minutes and records of shareholders.
§81. Shareholders' right to inspect books and records.
§82. Directors' right of inspection.
§83. List of directors and officers.
§84. Enforcement of right of inspection.
§85. Annual report.

**DIVISION 9: AMENDMENTS OF ARTICLES OF INCORPORATION**
§86. Right to amend articles of incorporation.
§87. Reduction of stated capital by amendment.
§88. Procedure for amendment.
§89. Class voting on amendments.
§90. Articles of amendment.
§91. Effectiveness of amendment.
§92. Right of dissenting shareholders to payment.
§93. Restated articles of incorporation.

**DIVISION 10: MERGER OR CONSOLIDATION**
§94. Definitions.
§95. Merger or consolidation of domestic corporations.
§96. Merger of subsidiary corporations.
§97. Effect of merger or consolidation.
§98. Merger or consolidation of domestic and foreign corporations.
§99. Sale, lease, exchange or other disposition of assets.
§100. Right of dissenting shareholder to receive payment for shares.
§101. Procedure to enforce shareholder's right to receive payment for shares.

**DIVISION 11: DISSOLUTION**
§102. Manner of effecting dissolution.
§103. Judicial dissolution.
§104. Dissolution on failure to pay annual registration fee or appoint or maintain registered agent.
§105. Winding up affairs of corporation after dissolution.
§106. Settlement of claims against corporation.

**DIVISION 12: FOREIGN ENTITIES**
§107. Authorization of foreign entities.
§108. Application to existing authorized foreign entities.
§109. Application for authority to do business.
§110. Amendment of authority to do business.
§111. Termination of authority of foreign entity.
§112. Revocation of authority to do business.
§113. Rights and liabilities of unauthorized foreign entity doing business.
§114. Actions or special proceedings against foreign entities.
§115. Record of shareholders.
§116. Liability of foreign corporations for failure to disclose information.
§117. Applicability to foreign corporations of other provisions.

§118. Fees.

**DIVISIO13: FOREIGN MARITIME ENTITIES**
§119. Method of registration.
§120. Powers granted on registration.
§121. Subsequent change of business address or address of lawful fiduciary or legal representative; amendment of document upon which existence is based.
§122. Revocation of registration.
§123. Fees.
§124. Termination of authority of foreign maritime entity.
§125. Actions or special proceedings against foreign maritime entities.

**DIVISION 14: TRANSFER OF DOMICILE INTO AND OUT OF THE REPUBLIC**
§126. Definitions.
§127. Domestication of foreign corporations.
§128. Transfer of domicile of domestic corporation to foreign jurisdiction.
§129. Fees.

**DIVISION 15: RULES AND REGULATIONS**
§129.5. Power to Prescribe New Rules.

**DIVISION 16: MISCELLANEOUS**
§130. Merger or consolidation of domestic corporation and partnership.
§131. Merger or consolidation of domestic corporation and limited liability company.
§132. Conversion of other entities to a domestic corporation.
§133. Conversion of domestic corporation to other entities.

[The Associations Law was formerly codified under Title 18 of the Marshall Islands Revised Code. [Rev. 2003]

Commencement:    1990
Source:          P.L. 1990-91
                 P.L. 1990-93
                 P.L. 1991-129
                 P.L. 1997-34
                 P.L. 1997-52
                 P.L. 1998-73
                 P.L. 2000-18
                 P.L. 2005-27
                 P.L. 2006-52

**DIVISION 1: GENERAL PROVISIONS**

§1.     **Short title.**
This Act shall be known and may be cited as the "Associations Law." Part I of this title shall be known as the "Business Corporations Act." References in Part I to this Act mean the Business Corporations Act. [P.L. 1990-91, §1.1; amended by P.L. 1990-93, §2(1), adding the first sentence.]

§2.     **Definitions.**
As used in this Act, unless the context otherwise requires, the term:
    (a) "articles of incorporation" includes:

(c) notwithstanding subsection (1)(a) of this section, the Registrar of Corporations may waive the abbreviation, suffix or prefix requirements for the name of a non-resident domestic corporation where deemed appropriate.

(2) Limitations on scope of requirement. The provisions of subsection (1) of this section shall not:

(a) require any corporation, existing or authorized to do business on the effective date of this Act, to add to, modify or otherwise change its corporate name;

(b) prevent a corporation with which another corporation, domestic or foreign, is merged, or which is formed by the reorganization or consolidation of one or more domestic or foreign corporations, or upon a sale, lease or other disposition to or exchange with, a domestic corporation of all or substantially all the assets of another domestic corporation, including its name, from having the same name as any of such corporations if at the time such other corporation was existing under the laws of the Republic or was authorized to do business in the Republic. [P.L. 1990-91, §4.2; amended by P.L. 2000-18, §26.]

### §27.       Index of names of corporations.

The Registrar of Corporations shall keep an alphabetical indices of all names of all existing resident and non-resident domestic corporations, foreign maritime entities registered pursuant to Division 13 of this Act, and foreign corporations authorized to do business in the Republic in accordance with their respective duties provided in separately. Such indices shall be in addition to the files of articles of incorporation and other documents required to be kept by the Registrar of Corporations under this Act. [P.L. 1990-91, §4.3.]

### §28.       Contents of articles of incorporation.

The articles of incorporation shall set forth:

(a) the name of the corporation;

(b) the duration of the corporation if other than perpetual;

(c) the purpose or purposes for which the corporation is organized. It shall be sufficient to state, either alone or with other businesses or purposes, that the purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under this Act, and by such statement all lawful acts and activities shall be within the purposes of the corporation, except for express limitations, if any;

(d) the registered address of the corporation in the Republic and the name and address of its registered agent;

(e) the aggregate number of shares which the corporation shall have authority to issue; if such shares are to consist of one class only, the par value of each of such shares, or a statement that all of such shares are without par value; or if such shares are to be divided into classes, the number of shares of each class, and a statement of the par value at the shares of each class or that such shares are to be without par value:

(f) if the shares are to be divided into classes, the designation of each class and a statement of the preferences, limitations and relative rights in respect of the shares of each class;

(g) subject to the provisions of section 42 of this Act, the number of shares to be issued as registered shares and as bearer shares and whether registered shares may be exchanged for bearer shares and bearer shares for registered shares;

(h) if bearer shares are authorized to be issued as provided in section 42 of this Act, the manner in which any required notice shall be given to shareholders of bearer shares;

(i) if the corporation is to issue the shares of any preferred or special class in series, then the designation of each series and a statement of the variations in the relative rights and preferences as between series insofar as the same are to be fixed in the articles of incorporation, and a statement of any authority to be vested in the board of directors to establish series and fix and determine the variations in the relative rights and preferences as between series;

(j) if the initial directors are to be named in the articles of incorporation, the names and addresses of the persons who are to serve as directors until the first annual meeting of the shareholders or until their successors shall be elected and qualified;

(k) the name and address of each incorporator:

(l) any provision, not inconsistent with law, which the incorporators elect to set forth in the articles of incorporation for the regulation of the affairs of the corporation, including the designation of initial directors, subscription of stock by the incorporators, and any provision restricting the transfer of shares or providing for greater quorum or voting requirements with respect to shareholders or directors that are otherwise prescribed in this Act, and any provision which under this Act is required or permitted to be set forth in the bylaws. It is not necessary to enumerate in the articles of incorporation the general corporate powers stated in section 15 of this Act;

(m) in addition to the matters required to be set forth in the articles of incorporation by this section, the articles of incorporation may also contain a provision for elimination or limitation of personal liability of a director to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, provided that such provision shall not eliminate or limit the liability of a Director:

(i) for any breach of the director's duty of loyalty to the corporation or its stockholders;

(ii) for acts or omissions not undertaken in good faith or which involve intentional misconduct or a knowing violation of law; or

(iii) for any transaction from which the director derived an improper personal benefit. No such provision shall eliminate or limit the liability of a director for any act or omission occurring prior to the date when such provision becomes effective. [P.L. 1990-91, §4.4.]

### §29.  Powers and rights of bondholders.

The articles of incorporation may confer upon the holders of any bonds, debentures, or other obligations issued or to be issued by the corporation, whether secured by mortgage or otherwise or unsecured, any one or more of the following powers and rights:

(a) the power to vote on the election of directors, or other matters specified in the articles;

(b) the right of inspection of hooks of account. minutes, and other corporate records;