## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
                                                             :
JOHN T. METCALF, and LAWRENCE                                :
DOPPELT and MANNY DOPPELT, as Co-                            : ECF CASE
Trustees of the Frederick Doppelt Trust,                     :
derivatively and on behalf of Eagle Bulk                     : 11-cv-03996-AKH
Shipping Inc.,                                               :
                                                             :
                    Plaintiffs,                              :
                                                             :
           v.                                                :
                                                             :
SOPHOCLES N. ZOULLAS, ALEXIS P.                              :
ZOULLAS, DOUGLAS P. HAENSEL, JON                             :
TOMASSON, JOSEPH M. CIANCIOLO,                               :
DAVID B. HILEY, THOMAS B. WINMILL,                           :
FORREST E. WYLIE, ALAN S. GINSBERG,                          :
                                                             :
                    Defendants,                              :
                                                             :
and                                                          :
EAGLE BULK SHIPPING INC.,                                    :
                                                             :
                    Nominal Defendant :
------------------------------------------------------------ X

### TABLE OF CONTENTS PURSUANT TO JUDGE HELLERSTEIN'S INDIVIDUAL RULE 2.B

Pursuant to Rule 2.B of the Individual Rules of the Honorable Alvin K. Hellerstein,

Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P.

Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B.

Winmill, Forrest E. Wylie, and Alan S. Ginsberg submit this table of contents of the

supplemental declaration and associated exhibits submitted in further support of their Motion to

Dismiss.

## Table of Contents

November 2, 2011 Supplemental Declaration of Michael G. Bongiorno

1.      Exhibit F:  Exhibit 3.1 to Eagle Bulk Shipping Inc.'s Amended Registration Statement under the Securities Act of 1933, Form S-1, filed with the SEC on June 20, 2005

2.      Exhibit G: Excerpt of the Marshall Islands Business Corporation Act, 52 MIRC, Part I, § 28

3.      Exhibit H: Opinion of the Supreme Court of the Marshall Islands in *Rosenquist v. Economou*, Supreme Court Case No. 2010-002 (Sup. Ct. Marshall Islands Oct. 5, 2011)


Dated: November 2, 2011

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING HALE
                                           AND DORR LLP

                                        By: /s/ Michael G. Bongiorno
                                        Michael G. Bongiorno
                                        Shauna K. Friedman
                                        399 Park Avenue
                                        New York, New York 10022
                                        Tel.: 212-230-8800
                                        Fax: 212-230-8888


                                        SEWARD & KISSEL LLP
                                        Bruce G. Paulsen
                                        Jeffrey M. Dine
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Tel.: 212-574-1200
                                        Fax: 212-480-8421

                                        *Attorneys for Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg*