

January 5, 2012

By Fax

# WILMERHALE

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street, Room 14D
New York, NY 10007-1312

Re: *Metcalf v. Zoullas et al.*, 1:11-cv-03996-AKH

Dear Judge Hellerstein :

We submit this letter jointly with Bruce F. Paulsen of Seward & Kissel LLP on behalf of Nominal Defendant Eagle Bulk Shipping Inc. and Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, and Alan S. Ginsberg (collectively, "Defendants") in the above-referenced matter to request a one-week extension of time for Defendants to file answers to the complaint. Per the Court's November 22, 2011 summary order, Defendants' responsive pleadings are to be filed by January 6, 2012. We respectfully request an extension until January 13, 2012. Counsel for the plaintiffs have consented to this request. This is Defendants' first request for an extension of time in which to file responsive pleadings.

Respectfully submitted,

Michael G. Bongiorno /sf

cc: All counsel of record (by email)

So ordered
1/5/12
[signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/12

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington