

RECEIVED
JAN 13 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

January 13, 2012

**WILMERHALE**

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

By Fax

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street, Room 14D
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12

Re: *Metcalf v. Zoullas et al.*, 1:11-cv-03996-AKH

Dear Judge Hellerstein:

The case management conference in this matter is presently scheduled to take place on January 20, 2012 at 10:00 am. Due to a scheduling conflict on that date, we respectfully request that the Court reschedule the conference, at the Court's earliest convenience, for any time other than the week of February 20, 2012. Plaintiffs' counsel do not object to this request to accommodate defense counsel's schedule.

Defendants previously requested an adjournment of the case management conference on September 15, 2011, and the conference was rescheduled to October 28, 2011. As a result of Plaintiffs' request to extend the briefing schedule on Defendants' motion to dismiss, Defendants requested a further adjournment, at which point the court adjourned the conference indefinitely, pending the resolution of Defendants' motion to dismiss. At oral argument on the motion to dismiss, the court set the date of the conference to January 20, 2012.

Respectfully submitted,

Michael Bongiorno / S.W.

Michael G. Bongiorno

cc: All counsel of record (by email)

*[Handwritten note:]* The c. mgt. adjourned to Jan. 27, 2012, 10:00 a.m.
1/17/12