UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

John T. Metcalf,          Plaintiff,      Case No.  11-cv-3996-AHH-HBP

    -against-

Sophocles N. Zoullas, et al.    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Shauna K. Friedman_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SF0115_____   My State Bar Number is  4498226_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP_____
               FIRM ADDRESS:  399 Park Avenue New York, NY 10022_____
               FIRM TELEPHONE NUMBER:  212-230-8800_____
               FIRM FAX NUMBER:  212-230-8888_____

NEW FIRM:      FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP_____
               FIRM ADDRESS:  7 World Trade Center, New York, NY 10007_____
               FIRM TELEPHONE NUMBER:  212-230-8800_____
               FIRM FAX NUMBER: 212-230-8888_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 9, 2012              s/ Shauna K. Friedman_____
                                 ATTORNEY'S SIGNATURE