UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOHN T. METCALF, and LAWRENCE
DOPPELT and MANNY DOPPELT, as Co-
Trustees of the Frederick Doppelt Trust,
derivatively on behalf of Eagle Bulk Shipping
Inc.,

: ECF CASE

: 11-cv-03996-AKH

Plaintiffs,

v.

SOPHOCLES N. ZOULLAS, ALEXIS P.
ZOULLAS, DOUGLAS P. HAENSEL, JON
TOMASSON, JOSEPH M. CIANCIOLO,
DAVID B. HILEY, THOMAS B. WINMILL,
FORREST E. WYLIE, ALAN S. GINSBERG,

Defendants,

and
EAGLE BULK SHIPPING INC.,

Nominal Defendant

------------------------------------------------------------ X





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/12

## STIPULATION OF WITHDRAWAL OF COUNSEL

WHEREAS, the law firms of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 ("WilmerHale") and Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004 ("Seward") are currently co-counsel of record for defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie, and nominal defendant Eagle Bulk Shipping Inc. in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that WilmerHale hereby withdraws as counsel of record for

defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, and nominal defendant Eagle Bulk Shipping Inc. ("insider defendants"). Seward will continue to represent the aforementioned insider defendants in this action.

IT IS FURTHER STIPULATED AND AGREED that Seward hereby withdraws as counsel of record for defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie ("outsider defendants"). WilmerHale will continue to represent the aforementioned outsider defendants in this action.

DONE and ORDERED
this _____ day of _____, 2012.

_____
HON. ALVIN K. HELLERSTEIN
United States District Judge

Agreed to by:

WILMER CUTLER PICKERING
HALE AND DORR LLP

_____
Michael G. Bongiorno
Timothy Perla
Shauna K. Friedman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6361
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
shauna.friedman@wilmerhale.com

*Attorneys for Defendants Douglas P. Haensel,*

SEWARD & KISSEL LLP

_____
Bruce G. Paulsen
Jeffrey M. Dine
Seward & Kissel LLP
One Battery Park Plaza
New York, NY
Tel: (212) 574-1533
paulsen@sewkis.com
dine@sewkis.com

*Attorneys for Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, and Eagle Bulk Shipping Inc.*

- 2 -

defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, and nominal defendant Eagle Bulk Shipping Inc. ("insider defendants"). Seward will continue to represent the aforementioned insider defendants in this action.

IT IS FURTHER STIPULATED AND AGREED that Seward hereby withdraws as counsel of record for defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie ("outsider defendants"). WilmerHale will continue to represent the aforementioned outsider defendants in this action.

DONE and ORDERED this ____ day of _____, 2012.

_____
HON. ALVIN K. HELLERSTEIN
United States District Judge

Agreed to by:

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | SEWARD & KISSEL LLP |
| _____ Michael G. Bongiorno Timothy Perla Shauna K. Friedman Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center 250 Greenwich Street New York, NY 10007 Tel: (212) 295-6361 Fax: (212) 230-8888 michael.bongiorno@wilmerhale.com shauna.friedman@wilmerhale.com *Attorneys for Defendants Douglas P. Haensel,* | _____ Bruce G. Paulsen Jeffrey M. Dine Seward & Kissel LLP One Battery Park Plaza New York, NY Tel: (212) 574-1533 paulsen@sewkis.com dine@sewkis.com *Attorneys for Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, and Eagle Bulk Shipping Inc.* |

*Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie*