UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, et al.<br><br>               Plaintiffs,<br><br>     v.<br><br>Sophocles N. Zoullas, et al.,<br><br>               Defendants. | ECF Case<br><br>11 Civ. 3996 (AKH) (HBP)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the Defendants' Memorandum in Support of Summary Judgment, and the accompanying Rule 56.1 Statement of Uncontested Facts and the Declaration of Michael G. Bongiorno dated April 1, 2013 and the exhibits thereto, and on a date and time to be determined by this Court, defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie ("the Outside Directors"), and Sophocles N. Zoullas, Alexis P. Zoullas, and Alan S. Ginsberg ("the Executives") (collectively "Defendants") will move this Court for an order dismissing all counts of the Modified Shareholder Derivative Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

Dated: April 1, 2013					Respectfully submitted,


						Wilmer Cutler Pickering Hale
						  and Dorr LLP

						By: /s/ Michael G. Bongiorno
						Michael G. Bongiorno
						Shauna K. Friedman
						399 Park Avenue
						New York, New York 10022
						Tel.: 212-230-8800
						Fax: 212-230-8888


						*Attorneys for Defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **"Defendants' Notice of Motion For Summary Judgment"** was filed this 1st day of April, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

/s/ Michael G. Bongiorno
Michael G. Bongiorno
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888