UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :   ECF Case
John T. Metcalf, et al.                                :
                                                       :   11-cv-03996 (AKH)
                                  Plaintiffs,          :
                                                       :
             v.                                        :
                                                       :
Sophocles N. Zoullas, et al.,                          :
                                                       :
                                  Defendants.          :
                                                       :
-------------------------------------------------------x
```

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective July 20, 2011, CHITWOOD HARLEY HARNES LLP's Great Neck, New York office relocated to the following address:

1350 Broadway, Suite 908
New York, New York 10018.
Phone: (917) 595-4600
Fax: (404) 876-4476

Dated:  April 18, 2013.

**CHITWOOD HARLEY HARNES LLP**

By: /s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
Gregory E. Keller, GK-4562
gkeller@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel:  (917) 595-4600

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **"Plaintiffs' Notice Of Change of Address"** was filed this 18th day of April, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

    s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel: (917) 595-4600