UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, and Lawrence Doppelt and Manny Doppelt, as Co-Trustees of the Frederick Doppelt Trust, derivatively on behalf of Eagle Bulk Shipping Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, Alan S. Ginsberg,<br><br>Defendants,<br><br>and<br><br>Eagle Bulk Shipping Inc.,<br><br>Nominal Defendant. | ECF Case<br><br>C.A. No. 11-CV-3996-AKH |

## [CORRECTED] JOINT STATEMENT REGARDING STATUS OF CASE AND PROPOSED SCHEDULE OF SETTLEMENT BRIEFING

WHEREAS the parties have been in settlement discussions over a period of months with the assistance of David M. Brodsky, a neutral third-party mediator, and have negotiated the principal terms of a settlement;

WHEREAS while the negotiations were in process, the parties requested, by letters dated January 9, 2013 and February 25, 2013, two extensions on the deadline for filing dispositive motions to permit additional time for settlement discussions;

WHEREAS on April 1, 2013 Defendants' filed a motion for summary judgment and a related motion for leave to file under seal, and the parties set a briefing schedule, which was ordered by the Court on April 9, 2013; and

WHEREAS the parties wish to stay the motion for summary judgment indefinitely to begin the settlement approval process.

NOW THEREFORE IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. The motion for summary judgment and motion to seal are stayed pending the Court's consideration of a proposed settlement, and all briefing deadlines with respect to such motions should be extended pending further order from the Court; and

2. The parties shall file, no later than June 14, 2013, a Stipulation of Compromise and Settlement for the Court's consideration under Fed. R. Civ. P. 23.1(c), to which they will append a Scheduling Order With Respect to Notice and Settlement Hearing, a Proposed Shareholder Notice of Pendency of Settlement of Action, and a Proposed Order and Final Judgment on the Settlement.

Dated: May 24, 2013

CHITWOOD HARLEY HARNES LLP

 /s/ Carol S. Shahmoon
Carol Shahmoon
1350 Broadway, Suite 908
New York, NY 10018
(917) 595-4600
*Attorneys for Plaintiffs*

2

WILMER CUTLER PICKERING HALE
  AND DORR LLP

/s/ Michael G. Bongiorno
Michael G. Bongiorno
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie*

SEWARD & KISSEL LLP

/s/ Bruce G. Paulsen
Bruce G. Paulsen
One Battery Park Plaza
New York, NY
(212) 574-1533

*Attorneys for Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, And Nominal Defendant Eagle Bulk Shipping Inc.*

## **ORDER**

The Court, having considered the above stipulation of the parties,

IT IS SO ORDERED this ____ day of May, 2013.

                                      _____
                                      Hon. Alvin K. Hellerstein
                                      United States District Judge

# ATTACHMENT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, and Lawrence Doppelt and Manny Doppelt, as Co-Trustees of the Frederick Doppelt Trust, derivatively on behalf of Eagle Bulk Shipping Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, Alan S. Ginsberg,<br><br>Defendants,<br><br>and<br><br>Eagle Bulk Shipping Inc.,<br><br>Nominal Defendant. | ECF Case<br><br>C.A. No. 11-CV-3996-AKH |

[CORRECTED]

### JOINT STATEMENT REGARDING STATUS -OF CASE AND PROPOSED SCHEDULE OF SETTLEMENT BRIEFING

WHEREAS the parties have been in settlement discussions over a period of months with the assistance of David M. Brodsky, a neutral third-party mediator, and have negotiated the principal terms of a settlement;

WHEREAS while the negotiations were in process, the parties requested, by letters dated January 9, 2013 and February 25, 2013, two extensions on the deadline for filing dispositive motions to permit additional time for settlement discussions;

WHEREAS on April~~March~~ 1, 2013 Defendants' filed a motion for summary judgment and a related motion for leave to file under seal, and the parties set a briefing schedule, which was ordered by the Court on April 9, 2013; and

WHEREAS the parties wish to stay the motion for summary judgment indefinitely to begin the settlement approval process.

NOW THEREFORE IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. The motion for summary judgment and motion to seal are stayed pending the Court's consideration of a proposed settlement, and all briefing deadlines with respect to such motions should be extended pending further order from the Court; and

2. The parties shall file, no later than June 14, 2013, a Stipulation of Compromise and Settlement for the Court's consideration under Fed. R. Civ. P. 23.1(c), to which they will append a Scheduling Order With Respect to Notice and Settlement Hearing, a Proposed Shareholder Notice of Pendency of Settlement of Action, and a Proposed Order and Final Judgment on the Settlement.

Dated: May 24, 2013

CHITWOOD HARLEY HARNES LLP

 /s/ Carol S. Shahmoon
Carol Shahmoon
1350 Broadway, Suite 908
New York, NY 10018
(917) 595-4600
*Attorneys for Plaintiffs*

2

WILMER CUTLER PICKERING HALE
 AND DORR LLP

 /s/ Michael G. Bongiorno
Michael G. Bongiorno
399 Park Avenue
New York, NY 10022
(212) 230-8800

*Attorneys for Defendants Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, and Forrest E. Wylie*

SEWARD & KISSEL LLP

 /s/ Bruce G. Paulsen
Bruce G. Paulsen
One Battery Park Plaza
New York, NY
(212) 574-1533

*Attorneys for Defendants Sophocles N. Zoullas, Alexis P. Zoullas, Alan S. Ginsberg, And Nominal Defendant Eagle Bulk Shipping Inc.*

## **ORDER**

The Court, having considered the above stipulation of the parties,

IT IS SO ORDERED this ____ day of May, 2013.

                                   _____
                                   Hon. Alvin K. Hellerstein
                                   United States District Judge

3