UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, and Lawrence Doppelt and Manny Doppelt, as Co-Trustees of the Frederick Doppelt Trust, derivatively on behalf of Eagle Bulk Shipping Inc., <br><br>      Plaintiffs, <br><br>vs. <br><br>Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, Alan S. Ginsberg, <br><br>      Defendants, <br><br>and <br><br>Eagle Bulk Shipping Inc., <br>      Nominal Defendant. | ECF <br><br> C.A. NO. 11-CV-3996-AKH |

### NOTICE OF DEATH OF PLAINTIFFS AND OF UNOPPOSED MOTION FOR SUBSTITUTION OF DECEASED PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to Rule 25 of the Federal Rules of Civil Procedure, Carol S. Shahmoon, attorney for Plaintiffs in the above-entitled action, will move this Court before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, at a time and date convenient for the Court, for an order to substitute as plaintiff Helen Metcalf in the place of Mr. Metcalf who is deceased. Helen Metcalf, who is Mr. Metcalf's widow and the executor of his estate, has agreed to be substituted as plaintiff in this case. It is noted for the record that Plaintiff Lawrence Doppelt, co-trustee of the Frederick Doppelt Trust is also deceased. However, Plaintiff Manny Doppelt continues as sole trustee of the Frederick Doppelt Trust and, thus,

remains as a named plaintiff acting on behalf of the trust, which continues to be the beneficial owner of Eagle Bulk Shipping Inc. shares. Defendants have reviewed these motion papers and do not oppose this motion.

Dated: June 7, 2013

**CHITWOOD HARLEY HARNES LLP**

By: /s/ Carol S. Shahmoon
    Carol S. Shahmoon, CS-8607
    cshahmoon@chitwoodlaw.com
    Gregory E. Keller, GK-4562
    gkeller@chitwoodlaw.com
    1350 Broadway, Suite 908
    New York, NY 10018
    Tel: (917) 595-4600

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **"Notice Of Death Of Plaintiffs And Of Unopposed Motion For Substitution Of Deceased Plaintiff"** was filed this 7th day of June, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

     s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel:  (917) 595-4600