*Hellerstein, A.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John T. Metcalf, and Lawrence Doppelt and
Manny Doppelt, as Co-Trustees of the Frederick
Doppelt Trust, derivatively on behalf of
Eagle Bulk Shipping Inc.,

    Plaintiffs,

vs.

Sophocles N. Zoullas, Alexis P. Zoullas, Douglas
P. Haensel, Jon Tomasson, Joseph M. Cianciolo,
David B. Hiley, Thomas B. Winmill, Forrest E.
Wylie, Alan S. Ginsberg,

    Defendants,

and

Eagle Bulk Shipping Inc.,
    Nominal Defendant.

ECF

C.A. NO. 11-CV-3996-AKH



## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF

WHEREAS this case was filed by John T. Metcalf as a shareholder of Eagle Bulk Shipping Inc.;

WHEREAS John T. Metcalf is now deceased and Helen Metcalf, Mr. Metcalf's widow and executor of his estate, which continues to own shares in the company, consents to act as a substitute plaintiff in this case; and

WHEREAS Defendants do not oppose substituting Helen Metcalf as plaintiff.

IT IS HEREBY ORDERED that:

The motion pursuant to Rule 25 of the Federal Rules of Civil Procedure to substitute Helen Metcalf, executor John T. Metcalf's estate, as plaintiff in this case, is GRANTED.

SO ORDERED this ___ day of ___, 2013:

Hon. Alvin K. Hellerstein
United States District Judge