UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, and<br>Manny Doppelt and Lawrence Doppelt,<br>as Co-Trustees of the Frederick<br>Doppelt Trust, derivatively on behalf<br>of Eagle Bulk Shipping Inc.,<br><br>       Plaintiffs,<br><br>       vs.<br><br>Sophocles N. Zoullas, Alexis P. Zoullas,<br>Douglas P. Haensel, Jon Tomasson,<br>Joseph M. Cianciolo, David B. Hiley,<br>Thomas B. Winmill, Forrest E. Wylie,<br>Alan S. Ginsberg,<br><br>       Defendants,<br><br>and<br><br>Eagle Bulk Shipping Inc.,<br><br>Nominal Defendant. | C.A. NO. 11-CV-3996-AKH<br><br>ECF Case |

### TABLE OF CONTENTS REGARDING PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED SETTLEMENT AND APPLICATION OF <u>PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND COSTS</u>

Plaintiffs submit this table of contents of the Declaration of Carol S. Shahmoon and associated exhibits submitted in support of Plaintiffs' Motion To Approve Proposed Settlement And Application Of Plaintiffs' Counsel For An Award Of Attorneys' Fees And Costs.

<u>Table of Contents</u>

August 9, 2013 Declaration of Carol S. Shahmoon

1.    Exhibit 1: Declaration of Jay C. Hartzell in Support of Plaintiffs' Motion for Final Approval of Proposed Settlement.

2. Exhibit 2:  Charts downloaded from the website Bloomberg.com tracking Baltic Dry Index ("BDI"), for a 3-year and 5-year period.

3. Exhibit 3:  Chart showing the breakdown of attorney fees for the firm of Chitwood Harley Harnes LLP from the inception of this case through July 31, 2013.

4. Exhibit 4:  Chart showing the breakdown of litigation expenses incurred by the firm of Chitwood Harley Harnes LLP from the inception of this case through July 31, 2013.

5. Exhibit 5:  Firm resume of Chitwood Harley Harnes LLP.

6. Exhibit 6:  June 26, 2013 article from Bloomberg.com on New York City attorney fee rates.

6. Exhibit 7:  New York Counsel's Application for an Award of Attorneys' Fees and Costs.

7. Exhibit 8:  Declaration of Eric L. Zagar in Support of Proposed Settlement and New York Counsel's Application for an Award of Attorneys' Fees and Costs.

Date:   August, 9 2013.

        Respectfully submitted,

**CHITWOOD HARLEY HARNES LLP**

By: /s/ Carol S. Shahmoon
   Carol S. Shahmoon, CS-8607
   cshahmoon@chitwoodlaw.com
   Gregory E. Keller, GK-4562
   gkeller@chitwoodlaw.com
   1350 Broadway, Suite 908
   New York, NY 10018
   Tel:  (917) 595-4600

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **"Table Of Contents Regarding Plaintiffs' Motion For Approval Of Proposed Settlement And Application Of Plaintiffs' Counsel For An Award Of Attorneys' Fees And Costs"** was filed this 9th day of August, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

  s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel:  (917) 595-4600