# CHITWOOD HARLEY HARNES LLP

2300 Promenade
1230 Peachtree Street NE
Atlanta, Georgia 30309
404.873.3900

1350 Broadway
Suite 908
New York, New York 10018
917.595.4600

www.chitwoodlaw.com
Fax 404.876.4476

Gregory E. Keller
917-595-4602
gkeller@chitwoodlaw.com
Admitted in NY and WA

November 20, 2013

The Honorable Alvin K. Hellerstein        <u>By ECF and Fed Ex to Chambers</u>
United States District Court for the
    Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

RE:  *Metcalf v. Zoullas et al.*, 1:11-cv-03996-AKH

Dear Judge Hellerstein:

We are writing jointly with the defendants as instructed by the Court in the November 14, 2013 hearing on this matter to submit the additional invoice of the mediator, Mr. David Brodsky, that is not reflected on the plaintiffs' expense submissions in connection with the motion to approve the settlement filed on August 8, 2013. Mr. Brodsky indicated at the hearing that he believed there was an outstanding unpaid invoice of $6800 that had been issued in the last two months.

As it turns out, Mr. Brodsky's invoice had not been issued, and he also had not billed the parties for his time since April, 2013. On November 15, 2013, Mr. Brodsky sent an invoice for his unbilled time, totalling $18,000, which exceeds slightly what the parties understood at the hearing to be his additional bill. Half of this invoice -- $9000 -- is the plaintiffs' responsibility. A copy of Mr. Brodsky's invoice is attached.

At the hearing, we identified total expenses of $56,705.38, including $52,823.67 for the Chitwood firm as set forth on Exhibit 4 of the Declaration of Carol Shahmoon (filed in connection with the motion to approve the settlement on August 8, 2014 (Dkt. # 69)), as well as $3,987.71 in expenses for the Kessler Topaz firm, counsel in the state court actions, as set forth on Ex. B to Exhibit 8 of the Shahmoon Declaration. Exhibit 4 and Ex. B are attached for the Court's convenience. Based on the upaid invoice of Mr. Brodsky, which the parties believed imposed an additional expense of $6800, the Court ordered an award of expenses up to $65,000 and asked the parties to submit his additional invoice.

With Mr. Brodsky's additional invoice, the total out of pocket expense of plaintiffs is $65,705.38.

Respectfully submitted,


<u>Gregory E. Keller</u>            <u>Michael G. Bongiorno</u>            <u>Bruce Paulsen</u>
Gregory E. Keller            Michael G. Bongiorno            Bruce Paulsen

Counsel for Plaintiffs            Counsel for Defendants

## DAVID M. BRODSKY
## BRODSKY ADR LLC
### MEDIATIONS AND ARBITRATIONS

November 14, 2013

Gregory Keller, Esq.
Michael Bongiorno, Esq.
Bruce Paulsen, Esq.

Re: <u>Eagle Bulk Mediation</u>

<u>INVOICE</u>

For professional services since April 7, 2013, including multiple telephone calls and emails, meetings, two additional mediation sessions, and preparation for and attendance at Court hearing  (25 hours).......................................................$18,000

Please make check payable to Brodsky ADR LLC, and send to:

    David M. Brodsky, Esq,
    Brodsky ADR LLC
    4 Burgess Road
    Scarsdale, New York 10583

# EXHIBIT 4

Case 1:11-cv-03989-AKH Document 672 Filed 08/09/13 Page 3 of 6

*Metcalf, et al. v. Zoullas et al.*

Chitwood Harley Harnes LLP - Expense Report

Case Expenses

| | |
|---|---:|
| Consultants & Expert Witnesses | 19,905.00 |
| Courier, Freight & Delivery | 1,667.30 |
| Court Costs | 1,177.50 |
| Court Reporter | 10,606.75 |
| Meals & Meetings | 227.04 |
| Mediation | 9,000.00 |
| Inhouse Photocopies | 1,169.30 |
| Photocopy & Litigation Support | 2,622.24 |
| Postage | 56.75 |
| Telephone | 32.90 |
| Travel Expenses | 6,358.89 |
| **Total Expenses** | **$ 52,823.67** |

# Exhibit B

# Kessler Topaz Meltzer & Check, LLP
*Chan v. Zoullas, et al.*, Index No. 652335/2011 and
*Harris v. Zoullas, et al.*, Index No. 652398/2011

## Expenses Summary

| Expense Description | |
|---|---|
| Court Reporters & Transcripts | 200.35 |
| Messenger, Courier & Overnight Mail | 253.79 |
| Internal Reproduction Costs (2,138 @ 10¢) | 213.80 |
| Meals, Hotels & Transportation | 2,327.71 |
| Research | 992.06 |
| **TOTAL:** | **$3,987.71** |