USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JOHN T. METCALF et al.,

                       Plaintiff,

    -against-

SOPHOCLES N. ZOULLAS et al.,

                      Defendants.
---------------------------------------------------------------- X

**ORDER**

11 Civ. 3996 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Pursuant to the November 14, 2013 settlement agreement and order and further showing by plaintiff's counsel of additional unsettled expenses to the mediator which bring total expenses beyond the allowed maximum, paragraph eleven of said order is hereby amended to read as follows:

       All Plaintiffs' Counsel are awarded attorneys' fees in the sum of $1,000,000 (to be allocated among counsel as they agree, failing agreement, as I may decree), plus expenses in the amount of $65,000 to be paid by Eagle, which amounts the Court finds to be fair and reasonable, to be paid in accordance with the terms of the Stipulation.

       SO ORDERED.

Dated:     December 2, 2013
              New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge